IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICKY RONNELL EWING | § | PETITIONER |
| | § | |
| v. | § | Civil No. 1:15cv381-HSO-JCG |
| | § | |
| HUBERT DAVIS, *Warden,* and | § | |
| TIMOTHY BARNES, *Deputy Warden* | § | RESPONDENTS |

# FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [17] of United States Magistrate Judge John C. Gargiulo, entered in this case on January 17, 2017, and the Motion to Dismiss [13] filed by Respondents Hubert Davis and Timothy Barnes on July 11, 2016. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [17], Respondents' Motion to Dismiss [13], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 16th day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE